IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 6:17-CR-36 |
| § | |
| HECTOR CAMARGO § | |

## NOTICE OF PLEA AGREEMENT

The United States of America, by its undersigned counsel, would show the Court that the defendant, **Hector Camargo**, and the government have entered into a written plea agreement in relation to the charges now pending before this Court.

> Respectfully submitted,
> BRIT FEATHERSTON
> ACTING U.S. ATTORNEY
>
> */s/ D. Ryan Locker*
> D. RYAN LOCKER
> ASSISTANT U.S. ATTORNEY
> Texas Bar No. 24046307
> 110 North College Avenue, Suite 700
> Tyler, Texas 75702
> (903) 590-1400
> Ryan.Locker@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that this Notice of Plea Agreement has been served on counsel for defendant via the court's CM/ECF system on September 18, 2017.

> */s/ D. Ryan Locker*
> D. RYAN LOCKER