IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | NO. 6:17-CR-36 |
| | § | JUDGE CLARK |
| HECTOR CAMARGO | § | |

## FACTUAL BASIS

Investigation by the Federal Bureau of Investigation, Longview Police Department, and Kilgore Police Department disclosed the following facts that establish that I, the Defendant, **Hector Camargo**, committed the conduct described in **Counts 2** and **3** of the indictment, which charge a violations of (Count 1) 18 U.S.C. § 2113, bank robbery; and 18 U.S.C. § 924(c) (possession of a firearm during and in furtherance of a violent crime). I agree that the following factual basis is true and correct:

1. On December 16, 2016, in the Eastern District of Texas, I entered the Citizens National Bank in Kilgore, Texas and robbed the bank at gunpoint. I brandished a Browning .380 pistol to the bank teller and demanded that she give me all the money in her drawer. The teller then gave me $4,218 in bank funds pursuant to my demand. I stipulate that Citizens National Bank in Kilgore, Texas is insured by the Federal Deposit Insurance Corporation, and the funds that I stole were under the bank's care, custody, control, management, and possession.

2. The bank robbery described above is one of three banks that I robbed. On November 14, 2016, I robbed the Citizens National Bank in Longview, Texas using a note demanding funds but did not use a firearm. On April 21, 2017, I robbed the First National Bank

**Factual Basis**
Page 1 of 2

of Hughes Springs in Kilgore, Texas using the same firearm with which I robbed the bank in December 2016. I was arrested later on the same day as the April 2017 bank robbery, at which time law enforcement seized $6,953 in funds that I had taken from that third and final bank robbery. I stipulate that those funds are forfeitable because they are proceeds from the offense and properly belong to the victim bank.

2. I acknowledge that these acts constitute a violation of 18 U.S.C. § 2113, bank robbery; and 18 U.S.C. § 924(c) (possession of a firearm during and in furtherance of a violent crime). I hereby stipulate that the facts described above are true and correct and I accept them as the uncontroverted facts of this case.

Dated: Sept. 18, 2017

HECTOR CAMARGO
Defendant

### Defendant's counsel's signature and acknowledgment:

I have read this Factual Basis and the Plea Agreement in this matter and have reviewed them with my client. Based upon my discussions with my client, I am satisfied that he understands the terms and effects of the Factual Basis and the Plea Agreement and that he is signing this Factual Basis voluntarily.

Dated: September @ 18, 2017

KENNETH HAWK
Attorney for Defendant

READ IN SPANISH BY Gilbert Urbina, CERTIFIED COURT INTERPRETER